# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| SCOTT ISAKSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>AMY'S KITCHEN, INC., a Business Corporation,<br><br>    Defendant. | Case No.: 4:19-CV-0077-REB<br><br>**ORDER OF REASSIGNMENT** |

The above-entitled action was assigned to the undersigned Magistrate Judge on or around March 4, 2019. *See* Compl. (Dkt. 1). On June 14, 2019, the parties filed a Stipulation of Dismissal with Prejudice (Dkt. 13).

A review of the record indicates that not all parties have consented to the jurisdiction of this Court for all purposes as required by 28 U.S.C. § 636. *See* Not. of Assignment (Dkt. 9). Therefore, this matter shall be referred to the Clerk of Court for reassignment to a United States District Judge for the purposes of dismissing the action.

THEREFORE, IT IS HEREBY ORDERED that the Clerk of Court shall reassign this matter to a United States District Judge for all further proceedings, including, if appropriate, dismissing the action.

DATED: June 17, 2019

_____
Ronald E. Bush
Chief U.S. Magistrate Judge

**ORDER OF REASSIGNMENT - 1**