IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SCOTT ISAKSEN<br>   Plaintiff,<br><br> v.<br><br>AMY'S KITCHEN, INC., a Business Corporation,<br>   Defendant. | Case No.  4:19-CV-077-BLW<br><br>JUDGMENT |

Pursuant to the Stipulation (docket no. 13) filed by the parties

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that this action be DISMISSED WITH PREJUDICE with each party to bear its own costs and attorney fees.  The Clerk is directed to close this case.

DATED: July 2, 2019

_____
B. Lynn Winmill
United States District Judge